FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 17, 2022

Criminal District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Andrea Simmons
Asst. Criminal District Attorney
1450 E. McKinney, Ste. 3100
Denton, TX 76202
* DELIVERED VIA E-MAIL *

Hon. Robert Bruce McFarling
Judge, 362nd District Court
Denton County
1450 E. McKinney, Ste. 3431
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Kristin R. Brown
The Law Office of Kristin R. Brown,
PLLC
17304 Preston Rd Ste 1250
Dallas, TX 75252-4632
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    02-20-00036-CR, 02-20-00037-CR, 02-20-00038-CR
        Trial Court Case Number:    F17-2958-431, F17-2959-431, F17-2960-431

Style:   Derrick Walton
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*